JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Billy Lee Sappington,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Frank Bisignano, COMMISIONER OF SOCIAL SECURITY[1],<br><br>　　　　Defendant. | Case No. 1:25-cv-00139-GSA<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 11-day extension of time, from  June 30, 2025 to July 11, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION

---

[1] Frank Bisignano became the Acting Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

     This is Plaintiff's second request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of June 30, 2025 and July 3, 2025 Plaintiff's Counsel has eleven merit briefs due and two reply briefs due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                                        Respectfully submitted,

Dated: June 27, 2025        PENA & BROMBERG, ATTORNEYS AT LAW

                                  By: */s/ Jonathan Omar Pena*
                                      JONATHAN OMAR PENA
                                      Attorneys for Plaintiff

Dated: June 27, 2025        MICHELE BECKWITH
                                      Acting United States Attorney
                                      MATHEW W. PILE
                                      Associate General Counsel
                                      Office of Program Litigation
                                      Social Security Administration

                                By:  **/s/ Franco L. Becia*
                                      Franco L. Becia
                                      Special Assistant United States Attorney
                                      Attorneys for Defendant
                                      (*As authorized by email on June 27, 2025)

## **ORDER**

Pursuant to stipulation,

.

IT IS SO ORDERED.

Dated:  **June 28, 2025**                               **/s/ Gary S. Austin**
                                                                UNITED STATES MAGISTRATE JUDGE