UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY LEE SAPPINGTON,<br><br>                Plaintiff,<br><br>        v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security[1],<br><br>                Defendant. | Case No.: 1:25-cv-0139 JLT GSA<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT, AND TERMINATING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS MOOT<br><br>(Docs. 15, 18) |

Billy Lee Sappington and Frank Bisignano, Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). (Doc. 18 at 1.)  Pursuant to the stipulation, the final decision of the Commissioner is reversed. (*Id.* at 2.) Upon remand, the administrative law judge shall "offer Plaintiff the opportunity for a hearing, take further action to develop the administrative record, as necessary, and issue a new decision shall issue a new decision." (*Id.* at 1.)  In addition, the parties agree the Court should enter judgment in favor of Plaintiff and against the Commissioner.  (*Id.* at 2.)  Thus, the Court **ORDERS**:

  1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Frank Bisignano as the defendant in this action.

1

2. Plaintiff's motion for summary judgment (Doc. 15) is terminated as **MOOT**.

3. The Clerk of Court is directed to enter judgment in favor of Plaintiff Billy Lee Sappington and against Defendant Frank Bisignano, Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   **August 10, 2025**

UNITED STATES DISTRICT JUDGE